**Julia C. TREVINO, Petitioner,**

v.

**CASTELLOW CHEVROLET–OLDSMOBILE, et al., Respondents.**

**No. C–3776.**

Supreme Court of Texas.

May 29, 1985.

Hector Gonzalez Law Office, Thomas M. Schumacher, Corpus Christi, for petitioner.

Sorrell, Anderson and Sorrell, Andrew J. Lehrman, Corpus Christi, for respondents.

PER CURIAM.

The decision of the court of appeals in this cause, 680 S.W.2d 71, conflicts with our opinion in *Gonzalez v. Gainan's Chevrolet City, Inc.*, 690 S.W.2d 885 (Tex. 1985). Therefore, pursuant to TEX.R. CIV.P. 483 (Vernon 1984), we grant the application for writ of error and, without hearing oral argument, reverse the judgment of the court of appeals and remand this cause to the trial court for a determination of damages and attorney's fees.

Hector Gonzalez Law Office, Thomas M. Schumacher, Corpus Christi, for petitioner.

Sorrell, Anderson and Sorrell, Andrew J. Lehrman, Corpus Christi, for respondents.

